# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-12-00505-CR
NO. 03-12-00506-CR
NO. 03-12-00507-CR

**Nathan Kevin Carter, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
NOS. 65625, 65626 & 65627, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Nathan Kevin Carter seeks to appeal three judgments of conviction for burglary of a habitation. The trial court has certified that (1) these are plea bargain cases and Carter has no right of appeal, and (2) Carter has waived the right to appeal these cases. Accordingly, we dismiss the appeals for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Diane M. Henson, Justice

Before Justices Puryear, Pemberton, and Henson

Dismissed for Want of Jurisdiction

Filed: August 17, 2012

Do Not Publish